UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

CORINNE ALBANESE

Debtor.

Case No. 14-43965-ess

Hearing Date:  5/4/17
At 9:30 in the forenoon

Hon. Elizabeth S. Stong

## NOTICE OF MOTION TO REOPEN CHAPTER 7 PURSUANT
## TO 11 U.S.C. §350 BANKRPTCY RULE 5015
## WITH SUPPORTING PAPERS

CORINNE ALBANESE
Petitioner-Debtor
69 Alan Loop
Staten Island, NY 10304
(718) 720-3402

RECEIVED 2017 APR 11 P 1: 52
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

TO:    WOODS OVIATT GILMAN, LLP
Attorneys for Creditor
CAPITAL ONE
700 Crossroads Building, 2 State Street
Rochester, NY 14614
(855) 227-5072

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

CLERK:
BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

Case No. 14-43965-ess

2017 APR 11  P 1:52

------------------------------------------------------------X

In re:

CORINNE ALBANESE    RECEIVED

Debtor.

NOTICE OF MOTION TO
REOPEN CHAPTER 7
PURSUANT TO 11 U.S.C.
§350(b) BANKRUPTCY RULE
5015

------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed application of Corinne Albanese a hearing will be

held before the Honorable Elizabeth S. Stong, Bankruptcy Judge, in Room 3585, located at the U.S.

Bankruptcy, 271-C Cadman Plaza, Brooklyn, New York 11210, on May 4, 2017 at 9:30 in the forenoon of

that day, to consider for a motion for an Order granting debtor's application to reopen her Chapter 7

bankruptcy proceeding to amend Schedule C exemptions to include creditor Capital One.

PLEASE TAKE NOTICE that if you do not want the court to grant the relief sought you must file

your objection at least 14 days prior to the return date.

PLEASE TAKE NOTICE that answering papers must be served upon the petitioner-debtor at least

14 days prior to the return date.  If you do not take steps the court may decide that you do not oppose

the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  April 10, 2017

CORINNE ALBANESE
Petitioner-Debtor, Pro Se
69 Alan Loop
Staten Island, NY 10304
(718) 720-3402

TO:    Woods Oviatt Gilman LLP
Attorneys for Creditor
Capital One
700 Crossroads Building, 2 State Street
Rochester, NY 14614
(855) 227-5072

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X          Case No. 14-43965-ess

In re:

                                           CHAPTER 7

           CORINNE ALBANESE          Self-Represented

               Debtor.          Return Date: 5/4/17

---------------------------------------------------------------- X          Hon. Elizabeth S. Stong

STATE OF NEW YORK    )
                         )ss.:
COUNTY OF RICHMOND  )

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY
## PURSUANT TO 11 U.S.C. §350(b) BANKRUPTCY RULE 5015

      I, Corinne Albanese, Debtor, Pro Se, am fully familiar with the facts and circumstances

herein and states as follows:

      1.  I Corine Albanese filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on

July 31, 2014 wherein I was represented by counsel, Kevin B. Zazzera. My attorney filed the

Statement Pursuant to Local Rule 2017-7 and affirmed therein that he reviewed corrected

schedules.

      2.  The trustee was Alan Nisselson who fully administered the estate which

had no assets to distribute, and therefore abandoned the estate.

      3.  Among the debts listed in the debtor's schedules was $39,956.00 to creditor, Capital

One. Creditor, Capital One, is a second mortgage, a line of credit which was not reaffirmed but

was deemed "discharged". The balance is approximately $31,069.92.

4.    There were two secured creditors, Wells Fargo and Capital One, which are first and second mortgages on the real property. The first mortgage, Wells Fargo, was reaffirmed and is and has been current with a monthly payment of $2,436.64 which includes taxes and insurance; the current unpaid principal balance is $292,156.61 with a 30-year maturation term.

5.    Debtor Capital One was not included on Schedule "C" as exempt.

6.    On or about February 2, 2016, debtor Capital One commenced a foreclosure proceeding in Supreme Court Richmond County, Index No. 135023/2016 which has been in mediation pursuant to CPLR §3408. Settlement negotiations have been ongoing since November 1, 2016. On November 3, 2016, a good faith payment in the amount of $4,855.21 was made toward the arrears of $15,322.39 annexed as **Exhibit 1**.

7.    Debtor, Capital One, original monthly payment was $347.58 but default occurred on or about February 2, 2010. Debtor, Capital One offered to accept a monthly payment of $944.07 over 12 months to clear up the default amount of $10,467.18. In addition, debtor Capital One negotiated to include the arrears payment of $944.07 plus the original monthly payment $347.58, which equals $1291.64 per month for approximately one year until the total default amount is paid. Thereafter, the loan converts to its original monthly payment of $347.58. The loan maturation date is April 25, 2018. A counteroffer was made because the proposed monthly of $1291.64 is not affordable Exhibits **2 and 3**. However, no consideration was given to the counteroffer.

8.    Prior to my filing a Chapter 7 bankruptcy proceeding on or about July 31, 2014, my husband Anthony Albanese filed a Chapter 7 bankruptcy proceeding Case No. 13-43298, which also included debtor Capital One and was discharged on September 5, 2013.

2

9.    The debtor now seeks to reopen this bankruptcy case to amend Schedule "C" to include Capital One as exempt.  If the Court grants the debtor's application to reopen the Chapter 7 bankruptcy it will precede a motion to avoid a judicial lien.

## FOR GOOD CAUSE SHOWN

10.    In 2014, at the time of my bankruptcy proceeding I was not aware of any health issues.  However, in November 2016, I was diagnosed with stage-4 breast cancer.  I have been undergoing chemotherapy treatments since that time on a weekly basis.

11.    Because of this diagnosis, I am intermittently on medical leave from work **Exhibit 4**.  My health care costs from November 22, 2016 to January 6, 2016 was $52,148.60 which was paid by my medical insurance coverage **Exhibit 5**.  It is anticipated that my out-of-pocket co-pays or underinsured health care costs will be $700 to $1000 or more per month.

12.    My husband, Anthony Albanese, is retired and on a fixed social security income of $1,757.00 per month.

13.    My income is the primary source of household income and the subject mortgage loan was executed by me and my husband, Anthony Albanese.

14.    While participating in Court foreclosure settlement conferencing Capital One contacted my homeowner's association, Assurant Specialty Property, requesting to be placed in first lien position **Exhibit 6**.

15.    Wells Fargo is the first lien holder and the loan was reaffirmed and has never been in default.

16.     Petitioner-Debtor respectfully requests that the application fee be waived as attorney fees to defend the foreclosure action has cost approximately $10,000.00 while the matter is still in settlement conferencing.  Continued expenses associated with the foreclosure action is causing a financial hardship.

17.     No prior application for the relief sought herein has been made to this court or any other court of competent jurisdiction.

WHEREFORE, the Debtor requests that this case be reopened to allow the Debtor to file an amended Schedule C listing a property exemption, and to proceed to make application to avoid judicial lien.

Dated:  April 10, 2017

CORINNE ALBANESE
Petitioner-Debtor, Pro Se
69 Alan Loop
Staten Island, NY 10304

Sworn to before me this
__11th__day of April, 2017

NOTARY PUBLIC

ARLENE WILLIAMS
Notary Public, State of New York
No. 01W1628900
Qualified in Queens County
Commission Expires March 15, 2018

4

# EXHIBIT 1

PROPOSED SETTLEMENT FOREBEARANCE PAYMENT



# EXHIBIT 2

SETTLEMENT AND LOSS MITIGATION EMAILS

 **Gmail**                                        **Arlene Williams <carlpersmods@gmail.com>**

---

## Albanese
15 messages

---

**Arlene Williams** <carlpersmods@gmail.com>                       Fri, Oct 21, 2016 at 1:51 PM
To: dphillips@woodsoviatt.com
Cc: "g.n.m" <g.n.m@aol.com>
Bcc: "Albanese, Corinne" <corinne.albanese@skadden.com>

Was advised to contact you because R. Stoller is no longer with the firm

Attached is a copy of the forbearance modification offer.

Please have your client breakdown the supplemental payment of $944.07 and the initial payment of $4855.21.

This is not a loan with escrow attached so we require a breakdown of fees, interest, incidental costs.

The borrowers want to move forward and perform on the loan obligation but need the numbers verified.

Also, why did Capital One request to be placed in first lien position with the Homeowner's Association insurance company?

Please advise.

---

**2 attachments**

 HOA.InsuranceLtr..pdf
218K

MODIFICATION.BREAKDOWN.pdf
3775K

---

**Phillips, Dana B.** <DPhillips@woodsoviatt.com>                   Fri, Oct 21, 2016 at 2:56 PM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: "g.n.m" <g.n.m@aol.com>, "Wagner, Kevin C." <KWagner@woodsoviatt.com>

Good Afternoon,

This file is now being handled by Kevin Wagner, I have cc'd him on this email.

Thank you,

Gmail - Albanese                                                https://mail.google.com/mail/u/0/?ui=2&ik=f54b78791a&view=pt...

Dana B. Phillips
Clerk
Direct Dial: 585-362-4544
Direct Fax: 585-362-4644

DPhillips@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



· ATTORNEYS ·
*The art of representing people·*

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Friday, October 21, 2016 1:52 PM
**To:** Phillips, Dana B.
**Cc:** g.n.m
**Subject:** Albanese

[Quoted text hidden]

---

**2 attachments**

HOA.InsuranceLtr..pdf
215K

MODIFICATION.BREAKDOWN.PDF
3773K

---

**Arlene Williams** <carlpersmods@gmail.com>                    Tue, Oct 25, 2016 at 4:26 PM
To: dphillips@woodsoviatt.com
Cc: Jorge Delgado <jdelgadoesq@live.com>
Bcc: "g.n.m" <g.n.m@aol.com>

Mr. Philips,

4/5/2017 3:54 PM

Mr. Albanese has a conference on November 1, 2016 and his forbearance payment is also due on that day, which starts the repayment of the default amount.

Please advise us on the breakdown of the initial payment, and the supplement payment(s) so that the matter can be resolved prior to the next conference and prior to the initial payment.
[Quoted text hidden]

---

**2 attachments**

 **HOA.InsuranceLtr..pdf**
218K

 **MODIFICATION.BREAKDOWN.pdf**
3775K

---

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>                    Thu, Oct 27, 2016 at 4:08 PM
To: "carlpersmods@gmail.com" <carlpersmods@gmail.com>

Hello,

I have followed up for this information.


Thank you!




Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603

kwagner@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*


A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE,
AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS
COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Phillips, Dana B.
**Sent:** Thursday, October 27, 2016 8:35 AM
**To:** Wagner, Kevin C.
**Subject:** FW: Albanese

Dana B. Phillips
Clerk
Direct Dial: 585-362-4544
Direct Fax: 585-362-4644



DPhillips@woodsoviatt.com

ATTORNEYS
*The art of representing people*

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by
them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE,
AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS
COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Tuesday, October 25, 2016 4:27 PM
**To:** Phillips, Dana B.
**Cc:** Jorge Delgado
**Subject:** Fwd: Albanese

[Quoted text hidden]

---

**2 attachments**

 **HOA.InsuranceLtr..pdf**
218K

**MODIFICATION.BREAKDOWN.pdf**
3775K

---

**Arlene Williams** <carlpersmods@gmail.com>                    Thu, Oct 27, 2016 at 4:13 PM
To: Jorge Delgado <jdelgadoesq@live.com>

fyi -
[Quoted text hidden]

---

**2 attachments**

**HOA.InsuranceLtr..pdf**
218K

**MODIFICATION.BREAKDOWN.pdf**
3775K

---

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>                    Fri, Oct 28, 2016 at 12:36 PM
To: "carlpersmods@gmail.com" <carlpersmods@gmail.com>

Hello,

Please be advised I have ensured Capital One has a copy of the letter in the email you provided below.

Thank you!

Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603



**WOODS OVIATT GILMAN** LLP

ATTORNEYS
*The art of representing people*

kwagner@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Wagner, Kevin C.
**Sent:** Thursday, October 27, 2016 4:09 PM
**To:** 'carlpersmods@gmail.com'
**Subject:** FW: Albanese

[Quoted text hidden]

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>          Tue, Nov 1, 2016 at 2:25 PM
To: "carlpersmods@gmail.com" <carlpersmods@gmail.com>

Hello,

Here is the breakdown:

$347.58 (P&I) + $944.07 (from above breakdown) = $1,291.65

Arrearages:      $10,467.18

Late Charges        $236.65

Corp Advances       $625.00

Total:              $11,328.83 / 12 months = $944.07

(*Total Arrearages: $15322.39 - $4855.21 (down payment) = $10,467.18)


Thank you!


Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603

kwagner@woodsoviatt.com

ATTORNEYS
*The art of representing people*

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*


A Member of **MERITAS** Firms Worldwide.


Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by
them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE,
AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS
COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.


**From:** Wagner, Kevin C.
**Sent:** Friday, October 28, 2016 12:37 PM
**To:** 'carlpersmods@gmail.com'
**Subject:** RE: Albanese

[Quoted text hidden]

**2 attachments**

📄 **Albanese assurant letter.pdf**
218K

📄 **Albanese evaluation notice.pdf**
796K

---

**Arlene Williams** <carlpersmods@gmail.com>                    Tue, Nov 1, 2016 at 3:07 PM
To: "Albanese, Corinne" <corinne.albanese@skadden.com>

Here is the exact breakdown which makes sense that the $4855.12 is deducted from $15,322.39. There is a
late charge and a corporate advance fee totaling $861.00.


---------- Forwarded message ----------
From: **Wagner, Kevin C.** <KWagner@woodsoviatt.com>
[Quoted text hidden]

---

**2 attachments**

📄 **Albanese assurant letter.pdf**
218K

📄 **Albanese evaluation notice.pdf**
796K

---

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>                    Thu, Nov 3, 2016 at 2:33 PM
To: "carlpersmods@gmail.com" <carlpersmods@gmail.com>

Hello,


We need the signed evaluation notice from the borrower asap so we can get the repayment plan setup.


Thank you!




Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603

kwagner@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968



·ATTORNEYS·
The art of representing people

woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

---

**From:** Wagner, Kevin C.
**Sent:** Friday, October 28, 2016 12:37 PM
**To:** 'carlpersmods@gmail.com'
**Subject:** RE: Albanese


Hello,

[Quoted text hidden] .

---

**Arlene Williams** <carlpersmods@gmail.com>                                   Thu, Nov 3, 2016 at 2:39 PM
To: "Wagner, Kevin C." <KWagner@woodsoviatt.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>
Bcc: "Albanese, Corinne" <corinne.albanese@skadden.com>

o.k. he sent a certified check to the Capital One.  Compare Capital One's breakdown to your breakdown and revise it so that it is consistent with your breakdown.

The Capital One breakdown reflected that the $4855 payment was in addition to the default amount.

The borrower also wants to have the late charge and advance fees waived?
[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                                   Thu, Nov 3, 2016 at 2:39 PM
To: "g.n.m" <g.n.m@aol.com>

FYI -
---------- Forwarded message ----------
From: **Arlene Williams** <carlpersmods@gmail.com>
[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=f54b78791a&view=pt..

---

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>                Fri, Nov 4, 2016 at 9:44 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>

Hello,

It was agreed during the mediation that the borrower was accepting the repayment plan. We did not agree to
waive any fees or change anything that has to do with the repayment plan as it was spelled out other than
extending the down payment due date to 11/18/16. Does the borrower intend to accept that offer?

Also, please see the previously provided breakdown shown below. Down payment is $4855.21 with monthly
payments of $1291.65.

**$347.58 (P&I) + $944.07 (from above breakdown) = $1,291.65**

| | |
|---|---|
| Arrearages: | $10,467.18 |
| Late Charges | $236.65 |
| Corp Advances | $625.00 |
| Total: | $11,328.83 / 12 months = $944.07 |

(*Total Arrearages: $15322.39 - $4855.21 (down payment) = $10,467.18)

Thank you!

Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603

kwagner@woodsoviatt.com

WOODS
OVIATT
GILMAN
LLP

ATTORNEYS
*The art of representing people*

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

4/5/2017 2:54 PM

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Thursday, November 03, 2016 2:39 PM
**To:** Wagner, Kevin C.
**Cc:** Jorge Delgado
**Subject:** Re: Albanese

[Quoted text hidden]

Arlene Williams <carlpersmods@gmail.com>                    Mon, Nov 7, 2016 at 12:27 PM
To: "Wagner, Kevin C." <KWagner@woodsoviatt.com>
Cc: "g.n.m" <g.n.m@aol.com>
Bcc: Jorge Delgado <jdelgadoesq@live.com>

Mr. Albanese mailed the good faith initial payment of $4855.21. Please clarify whether or not the monthly payment is $944.07 or $1291.65?

He can make the $944.07 monthly payment over 12 months but $1291.65 is too much.
[Quoted text hidden]

Arlene Williams <carlpersmods@gmail.com>                    Mon, Nov 7, 2016 at 12:28 PM
To: "Albanese, Corinne" <corinne.albanese@skadden.com>

FYI -
---------- Forwarded message ----------
From: **Arlene Williams** <carlpersmods@gmail.com>
Date: Mon, Nov 7, 2016 at 12:27 PM
Subject: Re: Albanese
To: "Wagner, Kevin C." <KWagner@woodsoviatt.com>
[Quoted text hidden]

**Wagner, Kevin C.** <KWagner@woodsoviatt.com>            Thu, Nov 10, 2016 at 10:44 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: "g.n.m" <g.n.m@aol.com>

Hello,

It would be $1291.65 total. $347.58 a month in principle and interest + the $944.07 to cover the Arrearages, Late Charges and Corp Advances. As the $11,328.83 in arrearages after the $4855.21 down payment over 12 months = $944.07 plus the $347.58 to cover the principle and interest fees.


Thank you!


Kevin C. Wagner
Clerk
Direct Dial: 585-445-2703
Direct Fax: 585-445-2603

kwagner@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



ATTORNEYS
*The art of representing people*


*700 Crossroads Building 2 State Street  Rochester, New York 14614*


A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Monday, November 07, 2016 12:28 PM
**To:** Wagner, Kevin C.
**Cc:** g.n.m
**Subject:** Re: Albanese

[Quoted text hidden]

# EXHIBIT 3

SETTLEMENT COUNTEROFFER AND RESPECTIVE EMAILS

LOAN No. 0 0 1 0 7 8 3 2 0 5

ANTHONY C. ALBANESE
CORINNE ALBANESE
69 ALAN LOOP
STATEN ISLAND, NY 10304-4434

December 27, 2016

Capital One, N.A.
P.O. Box 21887
Eagan, MN 55121

Re:   Loan No.      0010783205
      Address:      69 Alan Loop, Staten Island, NY 10304-4434
      Borrower(s)   Anthony and Corrine Albanese:

To Whom It May Concern:

The above-referenced loan is a home equity line of credit (HELOC) which represents a lien against the property. This debt was discharged in bankruptcy and thereafter the creditor commenced a foreclosure action on a property with a first lien holder, Wells Fargo.

The borrowers participated in foreclosure settlement conferencing and made an initial good-faith forbearance payment of 4,855.21 on November 3, 2016.

Below is the breakdown of the default re- payments:

$347.58 (P&I) + $944.07 (from above breakdown) = $1,291.65
Arrearages:       $10,467.18
Late Charges      $236.65
Corp Advances     $625.00
Total:            $11,328.83 / 12 months = $944.07
(*Total Arrearages: $15322.39 - $4855.21 (down payment) = $10,467.18)

Recently, my wife was diagnosed with stage-4 breast cancer and is undergoing aggressive chemotherapy. It is anticipated that there will be challenges, which will require resources to cover unexpected expenses.

At this time, Corinne Albanese, is on medical leave and it has not been determined what her disability payments will be or when she will be approved for medical leave compensation.

Under the circumstances, the principal and interest payment together with the default amount is unaffordable. However, I would like to perform on the debt obligation and can afford

to make a monthly payment of $650 toward the default amount including principal and interest over an extended period of time until the default amount is paid off.

Very truly yours,

Anthony Albanese

 Gmail

Arlene Williams <carlpersmods@gmail.com>

## ALBANESE, ANTHONY
17 messages

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Tue, Dec 27, 2016 at 9:27 AM
To: "carlpersmods@gmail.com" <carlpersmods@gmail.com>

Good morning,

I am following up for the written proposal for a repayment plan including the financial documents supporting the change in circumstances which was due by December 21, 2016. Please advise if you have a copy of the requested letter that you can provided me so I can get it over to our client for review.

Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

ATTORNEYS
*The art of representing people*

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS

COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

---

**Arlene Williams** <carlpersmods@gmail.com>                    Tue, Dec 27, 2016 at 11:55 AM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

o.k. will send it later today.
[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                    Wed, Dec 28, 2016 at 2:03 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>, Carl Person <carlpers2@gmail.com>
Bcc: Giancarlo Malinconico <gmnylegal@gmail.com>

Attached is the repayment letter from Mr. Albanese and proof of his wife's sudden and unexpected hardship.

Please advise if this is sufficient.  It was delayed one day because the client had to come into the office to
deliver the paperwork.
[Quoted text hidden]

---

📄 **RepaymentOffer.pdf**
3385K

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Thu, Dec 29, 2016 at 10:32 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>, Carl Person <carlpers2@gmail.com>

Good morning,


Please be advised I have forwarded same to our client for review and I will advised if this is sufficient.


Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



ATTORNEYS
The art of representing people*

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Wednesday, December 28, 2016 2:04 PM
**To:** Ellis, Yazmin M.
**Cc:** Jorge Delgado; Carl Person
**Subject:** Re: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Thu, Jan 26, 2017 at 9:21 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>, Carl Person <carlpers2@gmail.com>

Good morning,

Can you please provide me with status on the 1st lien?

Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968



ATTORNEYS
*The art of representing people*

woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by
them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE,
AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS
COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

---

**From:** Ellis, Yazmin M.
**Sent:** Thursday, December 29, 2016 10:32 AM
**To:** 'Arlene Williams'
**Cc:** Jorge Delgado; Carl Person
**Subject:** RE: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                          Thu, Jan 26, 2017 at 11:06 AM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>

I will provide you with a copy of the letter from Capital One acknowledging that it is not first lien holder.  What is
it that you are specifically requesting, i.e., a mortgage statement?
I will be back in the office tomorrow.
[Quoted text hidden]

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                          Thu, Jan 26, 2017 at 11:14 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>

Good morning,

We are looking to confirm if the 1st lien is current or in default, if you have a copy of the current mortgage
statement you can provide that as well.

Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



ATTORNEYS
The art of representing people

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by
them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE,
AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS
COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US
IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Thursday, January 26, 2017 11:07 AM
**To:** Ellis, Yazmin M.
**Cc:** Jorge Delgado
**Subject:** Re: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Thu, Feb 2, 2017 at 11:17 AM
To: Arlene Williams <carlpersmods@gmail.com>
Cc: Jorge Delgado <jdelgadoesq@live.com>

Good morning,

Please be advised we have not received any financial documents at this time.

Thank you


Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627



ATTORNEYS
*The art of representing people*

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

*700 Crossroads Building 2 State Street  Rochester, New York 14614*


A Member of **MERITAS** Firms Worldwide.


Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.


**From:** Ellis, Yazmin M.
**Sent:** Thursday, January 26, 2017 11:15 AM
**To:** 'Arlene Williams'
**Cc:** Jorge Delgado
**Subject:** RE: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                    Thu, Feb 2, 2017 at 11:23 AM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

I will send the documents tomorrow.
[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                    Fri, Feb 3, 2017 at 12:22 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

Attached are the following:

1. RMA
2. 4506T
3. Hardship Letter
4. Pay Stubs
5. Medical bills

Please let me know what additional documents are required.
[Quoted text hidden]

---

📄 **RMA.etc..pdf**
4480K

---

**Arlene Williams** <carlpersmods@gmail.com>                    Fri, Feb 3, 2017 at 12:23 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

[Quoted text hidden]

---

**2 attachments**

📄 **Paystubs.pdf**
2922K

📄 **medical.bills.pdf**
2634K

---

**Arlene Williams** <carlpersmods@gmail.com>                    Fri, Feb 3, 2017 at 2:51 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

Attached are the bank statements and proof of the first mortgage and its payment status which is current.
[Quoted text hidden]

---

📄 **Statements.mtg.bank.pdf**
3216K

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Mon, Feb 6, 2017 at 4:08 PM
To: Arlene Williams <carlpersmods@gmail.com>

Good afternoon,


Please be advised we are in receipt of all three parts of financials and same have been sent to our client for
review.


Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



-ATTORNEYS-
*The art of representing people*

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Friday, February 03, 2017 2:51 PM
**To:** Ellis, Yazmin M.
**Subject:** Re: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                    Mon, Feb 6, 2017 at 4:17 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

Thank you.
[Quoted text hidden]

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Fri, Feb 10, 2017 at 9:13 AM
To: Arlene Williams <carlpersmods@gmail.com>

Good morning,

The following documents are needed at this time:

1)   TWO CURRENT CONSECUTIVE BI-MONTHLY PAY STUBS OF CORINNE ALBANESE.(PAY STUBS RECEIVED NOT LEGIBLE)

2)   CURRENT YEAR SOCIAL SECURITY AWARD LETTER.

3)   TWO MOST RECENT MONTHS BANK STATEMENTS SHOWING PROOF OF SOCIAL SECURITY DEPOSITS.

4) CURRENT HOMEOWNERS ASSOCIATION INVOICE      FOR $249.33 PER MONTH.

Thank you,

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com



- ATTORNEYS -
*The art of representing people*

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US

IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Arlene Williams [mailto:carlpersmods@gmail.com]
**Sent:** Monday, February 06, 2017 4:17 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                    Tue, Feb 21, 2017 at 10:49 AM
To: Arlene Williams <carlpersmods@gmail.com>

Good morning,

Please be advised the below list of documents are currently still needed for review.

Thank you

Yazmin M. Ellis
Clerk
Direct Dial: 585-445-2727
Direct Fax: 585-445-2627

yellis@woodsoviatt.com

Firm Phone: 855-227-5072
Firm Fax: 585-454-3968
woodsoviatt.com

- ATTORNEYS -
*The art of representing people*

*700 Crossroads Building 2 State Street  Rochester, New York 14614*

A Member of **MERITAS** Firms Worldwide.

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS

COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Ellis, Yazmin M.
**Sent:** Friday, February 10, 2017 9:13 AM
**To:** 'Arlene Williams'
**Subject:** RE: ALBANESE, ANTHONY

[Quoted text hidden]

---

**Arlene Williams** <carlpersmods@gmail.com>                    Fri, Feb 24, 2017 at 2:46 PM
To: "Ellis, Yazmin M." <YEllis@woodsoviatt.com>

Attached is the proof of homeowner's insurance.

You are in receipt of bank statements, 1st mtg statement, and pay stubs, but they are attached again.

There is a glitch with the social security website with regard to Mr. Albanese's 2017 award letter.    You have a copy of his 2016 social security award letter.
[Quoted text hidden]

**3 attachments**


**HOI.pdf**
910K


**pay.stubs.pdf**
2643K


**Statements.mtg.bank.pdf**
3216K

 **Gmail**

**Arlene Williams <carlpersmods@gmail.com>**

## Automatic reply: ALBANESE, ANTHONY
1 message

**Ellis, Yazmin M.** <YEllis@woodsoviatt.com>                 Fri, Feb 24, 2017 at 2:49 PM
To: Arlene Williams <carlpersmods@gmail.com>

Please be advised I will be out of for the remainder of the day and will be back on 2/27/17.

# EXHIBIT 4

EMPLOYMENT MEDICAL LEAVE FORM

LOAN No. 0010783205

*Contact MetLife at 888-444-1433 for any questions you have on completing this form.
Some services in connection with your Disability Claim may be performed by our affiliate, MetLife Global Operations Support Center Private Limited. This service arrangement in no way alters Metropolitan Life Insurance Company's obligations to you. Services will not be performed by our affiliate if prohibited by state or local law or by mutual agreement with the Group Customer.

## Section 2: To Be Completed by Employee

| Name (First, MI, Last) | Social Security # | ID Number | Date of Birth (MM/DD/YY) | Gender |
|---|---|---|---|---|
| CORinne ALbanese | 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 | 6250 | 04/04/1958 | ☐M ☑F |

| Address | City | State | Zip Code | E-mail Address |
|---|---|---|---|---|
| 69 ALAN Loop | STATen IsLAnd | N.Y. | 10304 | CAlbanese 44@ Aol.com |

| Home Phone # | Marital Status | Federal Tax Status | Tax Exemptions (Number) | Date Disability Began |
|---|---|---|---|---|
| 718-720-3402 | ☑Married ☐ Single ☐ Other | ☑Married ☐ Single | 2 | 12/8/16 |

Is your disability due to ☑ Illness? ☐ Injury/Accident? If due to injury/accident, provide Date_____, Time_____ AM ☐ PM ☐
Provide Details (Where and How)

Is this condition work related? ☐ Yes ☐ No    Automobile Related?   ☐ Yes  ☐ No

Name of physicians/providers who have treated you for this condition within the past 12 months

| Name of Physician/Provider | Phone Number | Dates of Treatment | Physician Specialty |
|---|---|---|---|
| | | From _____ To _____ | |
| | | From _____ To _____ | |

Please describe what prevents you from performing the duties of your job.

## Section 3: To Be Completed by Attending Physician
This report is to assist us in making a disability determination that impacts income replacement for your patient. A MetLife claim representative may telephone your office if additional information is needed

| Patient Name | Date Disability Began | Expected Return to Work Date |
|---|---|---|
| COR INNE ALBANESE | 12/8/16 | 2/28/2017 |

| Initial date of treatment for this disability | Most recent date of treatment | Is condition work-related? ☐ Yes ☒No |
|---|---|---|
| Initial Consult 11/17/16 | 12/8/16 | |

Primary ICD-9 C 50.919 _____ Diagnosis Breast Cancer

Secondary ICD-9 _____ Diagnosis _____
Objective Findings:

| CPT4 | Procedure | Date |
|---|---|---|
| | | |

If pregnancy, delivery date_____ ☐ Expected_____ ☐ Actual_____ Type of delivery_____

If patient has been hospitalized   ☐ Inpatient ☐ Outpatient  Admitted_____ Discharged_____

Treatment Plan: ☐ Additional Testing ☒Medication ☐ Therapy ☐ Surgery ☐ Hospitalization ☐ Referral_____
Other (Describe)
Patient will receive aggressive chemo therapy with curative intent.

Medications prescribed (names, dosages)
Adriamycin 60 mg/m², Cytoxan 600 m/m²  IV  Every 2 weeks

Is patient able to work with job modifications or restrictions? (please be specific):
Not At this time

| Signature | Specialty | Tax ID # |
|---|---|---|
| Raquel Sonfad, MD | medical Oncology | 133278573 |
| Street Address 300 East 66th St | | Date 12/9/16 |
| City/State/Zip NY, NY 10065 | | |
| E-mail Address | Telephone # 914-367-7731 | Fax # 646-227-7283 |

LOAN No. 0 0 1 0 7 8 3 2 0 5

# MetLife®

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

**HIPAA:** This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

**NOTE TO ALL HEALTH CARE PROVIDERS:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form:
1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3. Sign this form.
4. Fax or return this form as soon as possible to expedite processing of your claim – retain original for your records.

Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.

Corinne Albanese
**Name of Employee (Please Print)**

089 - 50 - 4472
**Social Security Number**

Claim Number: _____

## Authorization to Disclose Information About Me

For purposes of determining my eligibility for disability benefits, the administration of my employer's disability benefit plan (which may include assisting me in returning to work, or applying for Social Security Disability Insurance benefits), and the administration of other benefit plans in which I participate that may be affected by my eligibility for disability benefits, including but not limited to any workers compensation, employee assistance or disease management program, I permit the following disclosures of information about me to be made in the format requested, including by telephone, fax or mail:

1. I permit: any physician or other medical/care provider, hospital, clinic, other medical related facility or service, pharmacy benefit administrator, insurer, employer, government agency, group policyholder, contractholder or benefit plan administrator to disclose to Metropolitan Life Insurance Company ("MetLife"), and any consumer reporting agencies, investigative agencies, attorneys, and independent claim administrators acting on MetLife's behalf, any and all information about my health, medical care, employment, and disability claim.

2. I permit: MetLife to disclose to my employer or its agents acting in the capacity of administrator of its benefit plans or programs, including but not limited to, workers compensation, employee assistance, or disease management programs, any and all information about my health, medical care, employment, and disability claim.

This Authorization to Disclose Information About Me specifically includes my permission to disclose my entire medical record, including medical information, records, test results, and data on: medical care or surgery; psychiatric or psychological medical records, but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. Information concerning mental illness, HIV, AIDS, HIV related illnesses and sexually transmitted diseases or other serious communicable illnesses may be controlled by various laws and regulations. I consent to disclosure of such information, but only in accordance with laws and regulations as they apply to me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law and may no longer be covered by those rules. Your health care provider may not condition your treatment on whether you sign this authorization.

I understand that I may revoke this authorization at anytime by writing to MetLife Disability at P.O. Box 14590, Lexington, KY 40512-4590, except to the extent that action has been taken in reliance on it. If I do not, it will be valid for 24 months from the date I sign this form or the duration of my claim for benefits, whichever period is shorter. A photocopy of this authorization is as valid as the original form and I have a right to receive a copy upon request.

12 - 1 - 16

**Signature of Employee**                                    **Date**

## Fraud Warning:

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

Alabama, Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Alaska – A person who knowingly and with intent to injure, defraud or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

Arizona – For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

California – For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware, Idaho, Indiana and Oklahoma – WARNING: Any person who knowingly and with the intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Florida – Any person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Kentucky – Any person who knowingly and with the intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Maine, Tennessee, Virginia and Washington – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Maryland – Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

New Hampshire – A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

New Jersey – Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

Oregon and Vermont – Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Fraud Warning** *(continued):*          LOAN No. 0 0 1 0 7 8 3 2 0 5

<u>Puerto Rico</u> – Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

<u>Texas</u> – Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

<u>Pennsylvania and all other states</u> – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning a fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Name of Employee (Please Print): _Corinne Albanese_  Social Security Number: _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_

Signature of Employee _Corinne Albanese_ Date: _12-1-16_

Signature of Employer's Representative_____ Date:_____

# Notice of Eligibility and Rights & Responsibilities
(Family and Medical Leave Act)

LOAN No. 0 0 1 0 7 8 3 2 0 5

## U.S. Department of Labor
Wage and Hour Division


U.S. Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 5/31/2018

In general, to be eligible an employee must have worked for an employer for at least 12 months, meet the hours of service requirement in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

[Part A – NOTICE OF ELIGIBILITY]

TO: ___Corinne Albanese___
     Employee

FROM: ___Susan Maldonato___
     Employer Representative

DATE: ___11/29/16___

On ___11/29/16___, you informed us that you needed leave beginning on _____ for:

____ The birth of a child, or placement of a child with you for adoption or foster care;

☒ Your own serious health condition;

____ Because you are needed to care for your ____ spouse; ____ child; ____ parent due to his/her serious health condition.

____ Because of a qualifying exigency arising out of the fact that your ____ spouse; ____ son or daughter; ____ parent is on covered active duty or call to covered active duty status with the Armed Forces.

____ Because you are the ____ spouse; ____ son or daughter; ____ parent; ____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

☒ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

____ Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

    ____ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately ___ months towards this requirement.
    ____ You have not met the FMLA's hours of service requirement.
    ____ You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact ___Susan Maldonato___ or view the
FMLA poster located in ___1100 Avenue of the Americas NY 10036___.

[PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. **However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by** _____. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

____ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request ____ is/____ is not enclosed.

____ Sufficient documentation to establish the required relationship between you and your family member.

____ Other information needed (such as documentation for military family leave): _____

_____

_____

____ No additional information requested

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply): **CAN.No. 010783205**

☑ Contact the Benefits Department _____ at (212) 735-3084 _____ to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

____ You will be required to use your available paid _____ sick, _____ vacation, and/or _____ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

____ Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ___have/___ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

☑ While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _____ (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on the this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

- You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

  ____ the calendar year (January – December).

  ____ a fixed leave year based on _____

  ____ the 12-month period measured forward from the date of your first FMLA leave usage.

  ☑ a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

- You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____

- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.
- If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have ☑ sick, ☑ vacation, and/or ___ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

☑ For a copy of conditions applicable to sick/vacation/other leave usage please refer to Employee Handbook available at: the Firm's intranet or contact your local HR Department.

____ Applicable conditions for use of paid leave: _____

_____

_____

_____

_____

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please do not hesitate to contact:

_Susan Maldonato_ at 212-735-3817_

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.**

LOAN No. 0 0 1 0 7 8 3 2 0 5

# MetLife®

Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40512
Fax: 1-800-230-9531

---

**HIPAA:** This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

**NOTE TO ALL HEALTH CARE PROVIDERS:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form:
1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3. Sign this form.
4. Fax or return this form as soon as possible to expedite processing of your claim – retain original for your records.

Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.

---

Name of Employee (Please Print): _Corinne Albanese_

Social Security Number: _089_ - _50_ - _4472_

Claim Number: _____

## Authorization to Disclose Information About Me

For purposes of determining my eligibility for disability benefits, the administration of my employer's disability benefit plan (which may include assisting me in returning to work, or applying for Social Security Disability Insurance benefits), and the administration of other benefit plans in which I participate that may be affected by my eligibility for disability benefits, including but not limited to any workers compensation, employee assistance or disease management program, I permit the following disclosures of information about me to be made in the format requested, including by telephone, fax or mail:

1. I permit: any physician or other medical/care provider, hospital, clinic, other medical related facility or service, pharmacy benefit administrator, insurer, employer, government agency, group policyholder, contractholder or benefit plan administrator to disclose to Metropolitan Life Insurance Company ("MetLife"), and any consumer reporting agencies, investigative agencies, attorneys, and independent claim administrators acting on MetLife's behalf, any and all information about my health, medical care, employment, and disability claim.

2. I permit: MetLife to disclose to my employer or its agents acting in the capacity of administrator of its benefit plans or programs, including but not limited to, workers compensation, employee assistance, or disease management programs, any and all information about my health, medical care, employment, and disability claim.

This Authorization to Disclose Information About Me specifically includes my permission to disclose my entire medical record, including medical information, records, test results, and data on: medical care or surgery; psychiatric or psychological medical records, but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. Information concerning mental illness, HIV, AIDS, HIV related illnesses and sexually transmitted diseases or other serious communicable illnesses may be controlled by various laws and regulations. I consent to disclosure of such information, but only in accordance with laws and regulations as they apply to me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law and may no longer be covered by those rules. Your health care provider may not condition your treatment on whether you sign this authorization.

I understand that I may revoke this authorization at anytime by writing to MetLife Disability at P.O. Box 14590, Lexington, KY 40512-4590, except to the extent that action has been taken in reliance on it. If I do not, it will be valid for 24 months from the date I sign this form or the duration of my claim for benefits, whichever period is shorter. A photocopy of this authorization is as valid as the original form and I have a right to receive a copy upon request.

Signature of Employee: _Corinne Alban_

Date: _12 - 1 - 16_

---

# EXHIBIT 5

MEDICAL BILLS

**LOAN No. 0 0 1 0 7 8 3 2 0 5**

ANTHONY C. ALBANESE
CORINNE ALBANESE
69 ALAN LOOP
STATEN ISLAND, NY 10304-4434

January 27, 2017

Capital One, N.A.
P.O. Box 21887
Eagan, MN 55121

Re:    Loan No.        0010783205
       Address:        69 Alan Loop, Staten Island, NY 10304-4434
       Borrower(s)    Anthony and Corrine Albanese:

To Whom It May Concern:

At this time, Corinne Albanese, is on medical leave and it is expected that unreimbursed medical expenses will continue to be incurred. I have included copies of current unreimbursed medical expenses to verify changes to my income.

Under the circumstances, the principal and interest payment together with the default amount is unaffordable. However, we would like to perform on the debt obligation and can afford to make a monthly payment of $650 toward the default amount, including principal and interest over an extended period of time until the default debt is paid off.

Very truly yours,

Anthony Albanese

Corinne Albanese

LOAN No. 0 0 1 0 7 8 3 2 1 5

**Memorial Sloan Kettering Cancer Center.**

*Physician Billing Department*

LOAN No. 0 0 1 0 7 8 3 2 1 5

PATIENT: CORINNE ALBANESE    MRN: 35539808

**MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT**

☐ VISA   ☐ MasterCard   ☐ DISCOVER   ☐ AMERICAN EXPRESS   ☐ DINERS CLUB

CHARGE $_____   TO CREDIT CARD #_____

SIGNATURE: _____    EXP. DATE: _____

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 01/07/17 | 01/23/17 | $387.16 | $ |

**PAY YOUR BILL ONLINE - REGISTER AT epay.mskcc.org**

**QUESTIONS?** CALL YOUR ACCOUNT SPECIALIST AT 646-227-3378, 8:00AM-5:00PM (CLOSED BETWEEN 12:30PM-1:30PM). CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 866-248-1274.

**CORINNE ALBANESE**
69 ALAN LOOP
STATEN ISLAND, NY 10304-4434

2836 1 AT 0.396 DAY1

PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

---

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: JANUARY 7, 2017)

MEDICAL RECORD # 35539808
PATIENT NAME:    CORINNE ALBANESE

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST AT 646-227-3378, 8:00AM-5:00PM (CLOSED BETWEEN 12:30PM-1:30PM). CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 866-248-1274.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.

---

**INVOICE NUMBER: 26581203**

**CHARGES**

PROVIDER: RACHEL SANFORD MD
SOL-BREAST CANCER MEDICINE

11/17/16 OFFC VST,NEW PAT, LVL 5 ............................ $880.00
                                    **TOTAL CHARGES:** $880.00

PAYMENT ACTIVITY
11/17/16  TOTAL CHARGES                         $880.00
11/22/16  INSURANCE CLAIM FILED
12/05/16  PAYMENT EMPIRE MANAGED CARE [EO
          2] CO-PAYMENT / COINSURANCE
          PAYMENT                               -$715.21
          ADJUSTMENT                            -$365.79
AMOUNT YOU OWE........................          $40.00

---

**INVOICE NUMBER: 26596325**

**CHARGES**

PROVIDER: CAROL L CHEN MD
CARDIOLOGY GROUP

11/22/16 EKG, INTERPRETATION AND REPORT ONLY ................ $45.00
                                    **TOTAL CHARGES:** $45.00

PAYMENT ACTIVITY
11/22/16  TOTAL CHARGES                          $45.00
11/28/16  INSURANCE CLAIM FILED
12/19/16  PAYMENT EMPIRE MANAGED CARE
          PAYMENT                               -$33.17
          ADJUSTMENT                            -$11.83
AMOUNT YOU OWE........................           0.00

---

**INVOICE NUMBER: 26607868**

**CHARGES**

PROVIDER: DIPTI GUPTA MD
CARDIOLOGY GROUP

11/22/16 2-D ECHO W SPCTR & COLOR FLOW DOP ECHO ............. $520.00
                                    **TOTAL CHARGES:** $520.00

PAYMENT ACTIVITY
11/22/16  TOTAL CHARGES                         $520.00
11/29/16  INSURANCE CLAIM FILED
12/19/16  PAYMENT EMPIRE MANAGED CARE
          PAYMENT                               -$254.38
          ADJUSTMENT                            -$265.62
AMOUNT YOU OWE........................           0.00

CONTINUED ON REVERSE SIDE ...

## GUARANTOR/ADDRESS CHANGES

| PATIENT NAME | | IF GUARANTOR NAME CHANGED PLEASE CALL US | |
|---|---|---|---|
| STREET ADDRESS, APT # | | HOME PHONE NUMBER | CELL PHONE NUMBER |
| CITY | STATE / PROVINCE   POSTAL CODE | COUNTRY | |
| EMPLOYER | | WORK PHONE NUMBER | |
| EMPLOYER STREET ADDRESS | CITY | STATE | ZIP CODE |

| INSURANCE CHANGES - PRIMARY | | INSURANCE CHANGES - SECONDARY | |
|---|---|---|---|
| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | INSURANCE COMPANY | ☐ CHECK BOX IF HMO |
| SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER | GROUP/PLAN NUMBER   EFFECTIVE DATE | I.D. NUMBER | GROUP/PLAN NUMBER   EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | MAILING ADDRESS FOR CLAIMS | |
| CITY | STATE        ZIP CODE | CITY | STATE        ZIP CODE |

**\*\*\* IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE \*\*\***

---

# STATEMENT OF PHYSICIAN SERVICES

### (STATEMENT DATE: JANUARY 7, 2017)



MEDICAL RECORD # 35539808
PATIENT NAME:   CORINNE ALBANESE

---

INVOICE NUMBER: 26621904

**CHARGES**

PROVIDER: ALEXANDRA S HEERDT M
         BREAST GROUP

11/22/16 OFFC VST, NEW PAT, LVL ................ $465.00
TOTAL CHARGES:   $465.00

PAYMENT ACTIVITY
11/22/16  TOTAL CHARGES                        $465.00
11/30/16  INSURANCE CLAIM FILED
12/19/16  PAYMENT EMPIRE MANAGED CARE [E0
          2] CO-PAYMENT / COINSURANCE
          PAYMENT                              -358.97
          ADJUSTMENT                            -66.13
AMOUNT YOU OWE                                  $40.00

---

INVOICE NUMBER: 26623581

**CHARGES**

PROVIDER: RAVINDER K GREWAL MD
         NUCLEAR MEDICINE GROUP

11/22/16 PET CT SKUL TO THIGH ................ $545.00
TOTAL CHARGES:   $545.00

PAYMENT ACTIVITY
11/22/16  TOTAL CHARGES                        $545.00
11/30/16  INSURANCE CLAIM FILED
12/20/16  CONTRACTED PRIMARY DENIALS            0.00
12/20/16  PAYMENT EMPIRE MANAGED CARE [E2
          0] WE ARE APPEALING YOUR CLAIM
          PAYMENT                          0.00  (A)
          ADJUSTMENT                           -83.20
AMOUNT PENDING WITH INSURANCE                  $461.80

(A) WE ARE APPEALING YOUR CLAIM

---

INVOICE NUMBER: 26631591

**CHARGES**

PROVIDER: CONSTANTINOS SOFOCLEOUS MD
         RADIOLOGY GROUP

11/25/16 TUNLD CENT INSRT CVA   SUBCUT PORT 5YR + .......... $3290.00
11/25/16 FLUOR GUIDE CVAD PLC EP REMOVAL .................... $90.00
11/25/16 US GUID FOR VASC ACCE S ............................ $180.00
TOTAL CHARGES:   $3560.00

PAYMENT ACTIVITY
11/25/16  TOTAL CHARGES                       $3560.00
12/01/16  INSURANCE CLAIM FILED
12/19/16  PAYMENT EMPIRE MANAGED CARE [E0
          2] CO-PAYMENT / COINSURANCE
          PAYMENT                            -1758.91
          ADJUSTMENT                          -1620.05
AMOUNT YOU OWE                                 $181.04

CONTINUED ON NEXT PAGE ...

LOAN No. 0010783205

Memorial Sloan Kettering
Cancer Center..

**Explanation of Balanc**

**Corinne Albane**

Medical Record # 35539808 Account # 9205374657

**The Summary shown below represents outstanding balances with you or your insurance carrier.** See Page 2 for definitions of terms listed below.

| | Insurance Activity | What You Owe Now |
|---|---|---|
| **Service Period 11/17/16** | | |
| Charges Billed | 1,802.00 | |
| 01/06/1  OP Blue Cross Pmt | -676.85 | |
| Insurance Benefit | -1,125.15 | |
| **Balance Pending** | **0.00** | **0.00** |
| | | |
| **Service Period 11/18/16** | | |
| Charges Billed | 0.00 | 14.41 |
| **Balance Pending** | **0.00** | **14.41** |
| | | |
| **Service Period 11/22/16** | | |
| Charges Billed | 8,910.50 | |
| Insurance Benefit | 5,262.79 | |
| **Balance Pending** | **14,173.29** | **0.00** |
| | | |
| **Service Period 11/25/16** | | |
| Charges Billed | 11,845.41 | |
| 01/06/1  OP Blue Cross Pmt | -5,466.25 | |
| 01/06/1  Xfr Co-Insurance | 0.00 | 56.34 |
| Insurance Benefit | -6,379.16 | |
| **Balance Pending** | **0.00** | **56.34** |
| | | |
| **Service Period 12/08/16** | | |
| Charges Billed | 3,252.46 | 3.64 |
| **Balance Pending** | **3,252.46** | **3.64** |
| | | |
| **Service Period 12/09/16** | | |
| Charges Billed | 10,500.47 | |
| Insurance Benefit | -4,665.24 | |
| **Balance Pending** | **5,835.23** | **0.00** |
| | | |
| **Service Period 12/22/16** | | |
| Charges Billed | 3,252.46 | |
| **Balance Pending** | **3,252.46** | **0.00** |

LOAN No. 0010783205

LOAN No. 0010783205

**Memorial Sloan Kettering**
Cancer Center..

**Explanation of Balan**

**Corinne Alban**

Medical Record # 35539808 Account # 920537465

Explanation of Balance continued from the previous page

| | Insurance Activity | What You Owe Now |
|---|---|---|
| Service Period 12/23/16 | | |
| Charges Billed | 10,500.47 | |
| Insurance Benefit | -4,665.24 | |
| **Balance Pending** | **5,835.23** | **0.00** |
| | | |
| Service Period 01/05/17 | | |
| Charges Billed | 3,258.46 | 3.87 |
| **Balance Pending** | **3,258.46** | **3.87** |
| | | |
| Service Period 01/06/17 | | |
| Charges Billed | 10,318.47 | |
| **Balance Pending** | **10,318.47** | **0.00** |
| | | |
| TOTAL Balance Pending | 45,925.60 | 78.26 |

**What You Owe Now:**                                    **78.26**

The "What You Owe Now" amount is your responsibility to pay upon receipt of this statement. You can make a payment through My.MSKCC.org or visit https:/pay.usbank.com/MSKCC .
If you are experiencing financial difficulty, please contact 646-227-3378 to speak with one of our representatives.

### Important Information:
A statement will only be mailed if there is a balance present in "What You Owe Now". Current balance information is always available on My.MSKCC.org.

### Financial Assistance Program:
This program is available to patients who are having difficulty paying their hospital and physician bills. Contact Patient Accounts or see someone in Patient Financial Services to discuss this program. See the "Understanding Your Statement" page for contact information.

LOAN No. 0 0 1 0 7 8 3 2 0 5        LOAN No. 0 0 1 0 7 8 3 2 0 5

NEW YORK UNIVERSITY
PHYSICIAN SERVICES
P.O. BOX 415662
BOSTON, MA 02241



**NYU Langone**
MEDICAL CENTER



RETURN SERVICE REQUESTED

☐ Please check box if below address is incorrect or insurance information has changed and indicate changes on reverse side.

**REMIT TO:**

NYU12O 568742 331538213
CORINNE ALBANESE
69 ALAN LOOP
STATEN ISLAND, NY 10304-4434

NEW YORK UNIVERSITY
PHYSICIAN SERVICES
P.O. BOX 415662
BOSTON, MA 02241

| STATEMENT DATE 12/30/16 | PATIENT NAME CORINNE ALBANESE | ACCOUNT # 2408333 | TOTAL BALANCE $200.91 | PAY THIS AMOUNT $200.91 | AMOUNT PAID $ |
|---|---|---|---|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

### STATEMENT SUMMARY

| AMOUNT BILLED | YOUR INSURANCE PLAN PAID | DISCOUNTS APPLIED | YOUR PATIENT RESPONSIBILITY | YOU ALREADY PAID | CURRENT BALANCE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| $6,223.00 | $1,808.21 | $4,213.88 | $200.91 | $0.00 | $200.91 | $200.91 |

To pay by credit card or contact customer service please call: (877) 648-2964 or visit http://mychart.nyulmc.org.

### STATEMENT DETAILS

| Service Date | Provider | Description | Charges | Credits | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| RADIOLOGY | | | | | | |
| 11/02/2016 | Stella Elgort, MD | 19083 - BIOPSY OF BREAST ACCESSED THROUGH THE SKIN WITH ULTRASOUND GUIDANCE | 6,223.00 | | 0.00 | 200.91 |
| | | - YOUR INSURANCE PAID - BLUE CROSS BLUE SHIELD | | 1,808.21 | | |
| | | - DISCOUNTS APPLIED - BLUE CROSS BLUE SHIELD | | 4,213.88 | | |
| | | - YOUR COINSURANCE IS: 200.91 | | | | |
| | | **RADIOLOGY SUBTOTAL** | 6,223.00 | 6,022.09 | 0.00 | 200.91 |

**YOUR TOTAL BALANCE**                                                                 200.91

| | CURRENT | PAST DUE | CREDIT BALANCE | TOTAL BALANCE |
|---|---|---|---|---|
| PATIENT BALANCE | $200.91 | $0.00 | $0.00 | $200.91 |

### Important Message Regarding Your Account

- You are responsible for the full balance of any out-of-pocket costs applied by your plan.

To pay by credit card or contact customer service please call: (877) 648-2964 or visit http://mychart.nyulmc.org.

LOAN No. 0 0 1 0 7 8 3 2 0 5

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

### STATEMENT SUMMARY

| AMOUNT BILLED | YOUR INSURANCE PLAN PAID | DISCOUNTS APPLIED | YOUR PATIENT RESPONSIBILITY | YOU ALREADY PAID | YOUR TOTAL BALANCE | |
|---|---|---|---|---|---|---|
| $1,045.00 | $92.83 | $941.85 | $10.32 | $0.00 | $10.32 | $10.32 |

To pay by credit card or contact customer service please call: (877) 648-2964 or visit http://mychart.nyuimc.org.

### STATEMENT DETAILS

| Service Date | Provider | Description | Charges | Credits | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| RADIOLOGY | | | | | | |
| 11/02/2016 | Stella Elgort, MD | 38505 - NEEDLE BIOPSY OR REMOVAL OF LYMPH NODES | 1,045.00 | | 0.00 | 10.32 |
| | | - YOUR INSURANCE PAID - BLUE CROSS BLUE SHIELD | | 92.83 | | |
| | | - DISCOUNTS APPLIED - BLUE CROSS BLUE SHIELD | | 941.85 | | |
| | | - YOUR COINSURANCE IS: 10.32 | | | | |
| | | RADIOLOGY SUBTOTAL | 1,045.00 | 1,034.68 | 0.00 | 10.32 |
| | | YOUR TOTAL BALANCE | | | | 10.32 |

| | CURRENT | PAST DUE | CREDIT BALANCE | TOTAL BALANCE |
|---|---|---|---|---|
| PATIENT BALANCE | $10.32 | $0.00 | $0.00 | $10.32 |

---

*Important Message Regarding Your Account*

- You are responsible for the full balance of any out-of-pocket costs applied by your plan.

To pay by credit card or contact customer service please call: (877) 648-2964 or visit http://mychart.nyuimc.org.

---

**PAGE 1 OF 1**

# EXHIBIT 6

CAPITAL ONE REQUEST 1ST LIEN POSITION



ASSURANT

Specialty
Property

**American Bankers Insurance Company of Florida**
11222 Quail Roost Drive
Miami, FL 33157-6596
T 1-877-900-0354
F 305-964-2731

9/23/2016

ANTHONY ALBANESE
69 ALAN LOOP
STATEN ISLAND 10304

Re:
Policy Number: CND 0049255
Property Address: SAME AS ABOVE
Policy Effective Dates: 11/07/2015-11/07/2016

We recently received a request from <u>Capital One NA ,</u> to be listed on your policy as first lienholder. In order to make this change, we require <u>your</u> written authorization. Please check your selection and sign in the space provided below.

_____YES, I authorize <u>Capital One NA,</u> to be listed on my insurance policy as 1st Loss Payee. Their mailing address is:

<u>Capital One NA.</u>
ISAOA/ATIMA
PO BOX 100595
FLORENCE SC 29502
LOAN # : 0010783205

NO, I do not authorize these changes.

_____anthony albanese_____
**Signature**

If you have any questions or require additional assistance, please contact us Monday through Friday 8:00 am - 5:00 pm EST.

Thank You,
Specialty Homeowners

<u>You may submit your request by:</u>
Mail:    Assurant Specialty Property         Fax:      (305) 964-2731
         11222 Quail Roost Drive
         Miami, Fl  33157
         Attn: Specialty Homeowners       Email:    condomail@assurant.com

LOAN No. 0 0 1 0 7 8 3 2 0 5

⊘ # Our response to your inquiry 
January 5, 2017

**Capital**One

ARLENE WILLIAMS
CARL E PERSON
ATTORNEY AT LAW
225 E 36TH STREET SUITE 3A
NEW YORK, NY 10016-3664

**LOAN & PROPERTY INFORMATION**
69 ALAN LOOP
STATEN ISLAND, NY 10304
LOAN NUMBER: 0010783205

**As a result of a bankruptcy proceeding, you may not be personally liable for the unpaid balance of this loan; however, if we (as beneficiary or beneficiary's agent) retain a security lien on the real property, it may be subject to foreclosure in accordance with the laws of the state where located. If you are not personally liable to pay this obligation by reason of a bankruptcy proceeding, this is not an attempt to collect a debt, but is intended only for informational purposes.**

Dear Arlene Williams,

Thanks for taking the time to contact us. We reviewed your inquiry about the lien holder position and status of the loan. See our response below.

## What you need to know

Our records indicate we did receive the signed response from the borrowers, indicating they did not authorize Capital One N.A. to be listed on the homeowner's insurance policy, as the first lien holder. Our records also indicate Capital One agreed to remain as the second lien holder and that the borrowers entered into a repayment plan agreement.

## What you need to do

For further assistance, please contact our Loss Mitigation department at (877) 230-8516.

If you'd like copies of any documents we used to make our determination, just send a written request to the address below. Be sure to include your name, loan number, date of our response and a statement asking for the documents we used in our determination.

**Capital One, N.A.**
**P.O. Box 21887**
**Eagan, MN 55121**

If you have questions or need help with anything else, give us a call at 1-877-535-1212, weekdays from 8 AM to 8 PM ET.

Sincerely,

Customer Advocacy Team

cc: ANTHONY C ALBANESE
    CORINNE ALBANESE
    69 ALAN LOOP
    STATEN ISLAND, NY 10304

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

CORINNE ALBANESE

Debtor.

Case No. 14-43965-ess

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF RICHMOND)

CALVIN BOYER , being duly sworn deposes and says under penalty of perjury:

1.    I am not a party to the above-captioned action, I am over age of 18 years; I reside in the County of Queens, State of New York.

2.    On April 11, 2017, I deposited a copy of a *Notice of Motion to Reopen Chapter 7 Pursuant to 11 U.S.C.§ 350* with supporting papers in a post-paid wrapper delivered to a depository under the exclusive care and custody of the U.S. Postal Service addressed as follows:

WOODS OVIATT GILMAN LLP
700 CROSSROADS BUILDING 2 STATE STREET
ROCHESTER, NY 14614

CALVIN BOYER

Sworn to before me this
11th day of April, 2017

Notary Public

ARLENE WILLIAMS
Notary Public, State of New York
No. 01W1628900
Qualified in Queens County
Commission Expires March 15, 2014 18